No. 81–5513. SWAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–5514. BIONDICH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–5522. MOORE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–5529. HESTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–5538. BURNS *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 80–1829. AUSTIN, STATE ATTORNEY, FOURTH JUDICIAL CIRCUIT OF FLORIDA, ET AL. *v.* ROBERTS ET AL. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Motion of Florida for leave to file a brief as *amicus curiae* out of time denied. Certiorari denied.

No. 80–1876. MICHIGAN *v.* PLANTEFABER. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.